Case: 3:12-cv-00930-wmc Document #: 7 Filed: 01/03/13 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN WAYNE FELDMANN,

    Plaintiff,

v.

UNITED STATES POST OFFICE,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-930-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction, as frivolous, and/or for failure to state a claim upon which relief may be granted.

By: _____, Deputy Clerk      1-3-2013
    Peter Oppeneer, Clerk of Court      Date